# CITY OF ALBUQUERQUE V. ONE DODGE 2DR SILVER

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**CITY OF ALBUQUERQUE, ex rel., ALBUQUERQUE POLICE DEPARTMENT, Plaintiff-Appellee,**
**v.**
**ONE (1) 2010 DODGE 2DR SILVER, VIN: 2B3CJ4DV3AH191812, NEW MEXICO LICENSE #73UNM84,**
**Defendant.**

Docket No. A-1-CA-35736
COURT OF APPEALS OF NEW MEXICO
May 14, 2019

APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY, Beatrice J. Brickhouse, District Judge

## COUNSEL

Kyle Jordan Hibner, Rio Rancho, NM for Appellee

Kennedy, Kennedy & Ives, LLC, Adam C. Flores, Albuquerque, NM for Appellant.

## JUDGES

M. MONICA ZAMORA, Chief Judge. WE CONCUR: JENNIFER L. ATTREP, Judge, MEGAN P. DUFFY, Judge

**AUTHOR:** M. MONICA ZAMORA

## MEMORANDUM OPINION

**ZAMORA, Chief Judge.**

**{1}**     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**M. MONICA ZAMORA, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**MEGAN P. DUFFY, Judge**